THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 04-45655-R |
| ROBIN MURPHY | § | |
| XXX-XX-7654 | § | CHAPTER 13 |
| 5805 COLBY DRIVE | § | |
| PLANO, TX  75094 | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code.

3. That the following check(s) were not negotiated:

   | Check Number | Date | Payee | Amount |
   |---|---|---|---|
   | 1684938 | 11/22/05 | Robin Murphy | $4,900.00 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $4,900.00 is attached to this Notice.

Dated: 3-31-06

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

DepositFunds

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice To Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail.

RICHARD D. KINKADE, PC
2121 WEST AIRPORT FREEWAY #400
IRVING, TX 75062

ROBIN MURPHY
5805 COLBY DRIVE
PLANO, TX 75094

Dated 3-31-06

Office of the Standing Chapter 13 Trustee

WOnewD1